**BresslerLaw PLLC**

3 West 35th Street, 9th Fl   New York, NY 10001
t 917.969.4343   f 917.591.7111
e jrb@jrblaw.com   w www.jrblaw.com

March 16, 2017

**Via ECF**

Hon. Paul A. Engelmayer, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

Re:   <u>Cartier Int'l AG *et ano.* v. Jewelry Unlimited, Inc. (16-cv-9439) (PAE))</u>

Dear Judge Engelmayer,

I write on behalf of Defendant Jewelry Unlimited, Inc. ("<u>Defendant</u>"), and with the consent of counsel of record for Plaintiffs Cartier International AG and Cartier, a Division of Cartier, a division of Richemont North America, Inc., to request respectfully that the Court docket the above-referenced action for thirty (30) day dismissal. The parties are now preparing definitive settlement documentation which, once executed, will resolve the Plaintiffs' claims amicably and without the need for further formal proceedings. The parties aim and expect to complete and execute such documentation within the next thirty (30) days.

In the alternative, and in light of the parties' meaningful progress toward final resolution of Plaintiffs' claims, I respectfully request that the Court grant a fourth extension of time for Jewelry Unlimited, Inc. to answer or otherwise respond to the Complaint, to and including April 16, 2017 (the original deadline was December 28, 2016; the current deadline is March 17, 2017).

Respectfully submitted,

**BRESSLER LAW PLLC**

Joshua R. Bressler (JB8780)

cc:  John P. Margiotta, Esq. and Jennifer Insley-Pruitt, Esq., counsel for Plaintiffs (via ECF)

CREATIVE COUNSEL FOR INNOVATORS℠